Hogan, C.J.

IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :

        Respondent,              :     Crim. No. 91-559-02

   v.                                    :

ANTHONY NUGENT,                    :     Civil No. 01-857

        Pro se-Movant.           :

*Let this be filed as 28 USC §2255 Title 28 USC motion for relief. Hogan, C.J. 10/5/05*

Filed (MO)
OCT 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

An Independent Action/Motion Pursua[nt]  
Saving Clause/Equitable Provisions  
Justice From The Misadministration  
28 U.S.C. § 2255 In Light of Dodd v  
No. 04-5286, U.S. Supreme Court (De[c.]  
Addition, a Request to Retransfer M[...]  
ferred August 4, 2003.

CASE NUMBER 1:05CV01995

JUDGE: Thomas F. Hogan

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 10/■/2005

---

To:   The Honorable Thomas F. Hogan, Chief Judge, U.S. District Court:

Pro se-Movant, Anthony Nugent, in the above-named matter, respectfully moves this Court also as an indigent and incarcerated litigant seeking fundamental justice from the misadministration of federal law contemplated under the scheme of 28 U.S.C. § 2255 and its subdivisions ¶6(3) and ¶8(2).  See Dodd v. United States, supra, giving clarification to ¶6(3):

> "The limitation period of ¶6(3) applies to 'all motions' under § 2255, initial motions as well as second or successive ones."

RECEIVED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT